United States vs. Serena Joslin
Case No. 12-20291-CR-ALTONAGA

## AGREED FACTUAL BASIS FOR GUILTY PLEA

Beginning in approximately April 2010 and continuing through approximately November 2011, within the Southern District of Florida, the Western District of North Carolina, and elsewhere, the defendant, SERENA JOSLIN ("JOSLIN"), knowingly and willfully conspired and agreed with others to commit health care fraud, in violation of 18 U.S.C. § 1349.

JOSLIN, a Licensed Psychological Associate, worked at Health Care Solutions Network ("HCSN") in Hendersonville, North Carolina from approximately April 2010 through approximately November 2011. HCSN purported to provide intensive mental health services called Partial Hospitalization Program ("PHP") treatment, which may include group therapy sessions. JOSLIN held several positions at HCSN, including Clinical Coordinator and Clinical Director, and part of her duties included supervising therapists at HCSN.

JOSLIN was aware that HCSN recruited patients who were inappropriate for PHP treatment. Nevertheless, JOSLIN agreed with other HCSN employees to, among other things, fabricate therapy notes and other medical records, and to direct therapists to fabricate therapy notes and other medical records, all to make it appear as if HCSN patients received appropriate PHP services. For example, therapy notes were fabricated for patients with advanced dementia and Alzheimer's Disease who did not qualify for PHP treatment, for sessions during which patients would watch commercial movies with no therapeutic value, and for therapy that was never provided.

JOSLIN was aware that fraudulent claims to Medicare would be submitted on behalf of these patients. As a result of the defendant's participation in this scheme, HCSN billed to Medicare approximately $3.4 million, which HCSN was not entitled to receive.

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea to the charge against me. It does not include all of the facts known to me concerning criminal activity in which I and others engaged. I make this statement knowingly and voluntarily and because I am in fact guilty of the crime charged.

Date: 7/2/12

SERENA JOSLIN
DEFENDANT

Date: 7/2/12

JAN C. SMITH, II, ESQ.
Attorney for the Defendant