UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-20291-CR-ALTONAGA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALINA FEAS,

    Defendant,

and

BANK OF AMERICA,

    Garnishee.
_____/

FILED by ____ D.C.
AUG 2 1 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. -- MIAMI

## APPLICATION FOR WRIT OF GARNISHMENT

Pursuant to the Federal Debt Collection Procedures Act, 28 U.S.C. § 3205, the Plaintiff, the United States of America, by the undersigned Assistant United States Attorney for the Southern District of Florida, hereby applies for the issuance of a Writ of Garnishment to the Garnishee(s) named in the caption above. In support of this Application, the United States asserts the following:

    1.    On July 25, 2013, this Court imposed a judgment upon the defendant, ALINA FEAS, including an assessment of $200.00 and restitution in the amount of $24,104,431.24, plus statutory interest pursuant to 18 U.S.C. § 3612 (D.E. 535).

    2.    To date, the defendant has not made any payments towards the forgoing criminal debt.

3. The United States believes that the Garnishee named in the caption has in its possession, custody or control, property or assets in which the defendant has a substantial nonexempt interest.

4. The defendant's Social Security Number is XXX-XX-6826 and her last known address is:

> FDC - MIAMI
> Federal Detention Center
> 33 NE 4th ST
> Miami, FL 33132

WHEREFORE, Plaintiff, the United States of America, requests that the Clerk of this Court issue a Writ of Garnishment against Garnishee, in accordance with the Federal Debt Collection Procedures Act, 28 U.S.C. § 3205. A proposed Writ of Garnishment is attached.

Dated: August 20, 2013
Miami, FL

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: /s/ Carlos Raurell
Carlos Raurell
Assistant U.S. Attorney
99 N. E. 4th Street, #300
Miami, FL 33132-211
Tel No. (305) 961-9243
Fax No. (305) 530-7193
Florida Bar No. 529893
E-mail: carlos.raurell@usdoj.gov