r Court Registry
FILING FEE
PAID n/a
In Forma AUSA
Pauperis
Steven M. Larimore, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-20291-CR-ALTONAGA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALINA FEAS,

    Defendant,

and

BANK OF AMERICA,

    Garnishee.

_____/

FILED by __ D.C.

AUG 21 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA – MIAMI

**WRIT OF GARNISHMENT**

TO:    BANK OF AMERICA
          5701 Horatio Street
          Utica, NY 13502

PURSUANT TO UNITED STATES CODE TITLE 28, SECTION 3205, YOU ARE HEREBY COMMANDED TO GARNISH FOR THE BENEFIT OF THE UNITED STATES OF AMERICA THE ASSETS OR PROPERTY IN YOUR CUSTODY, CONTROL OR POSSESSION IN WHICH THE DEFENDANT HAS AN OWNERSHIP INTEREST.

Please read the following instructions regarding the steps you must take to comply with this Writ. For additional information, you may want to contact your attorney or the attorney for the United States identified in Paragraph 6.

INSTRUCTIONS TO THE GARNISHEE

1.  The name, Social Security Number and last known address of the person who is the defendant in this action and whose property is subject to this Writ is:

>   ALINA FEAS
>   SSN: XXX-XX-6826
>   FDC - MIAMI
>   Federal Detention Center
>   33 NE 4TH ST
>   Miami, FL 33132

2.  On July 25, 2013, this Court imposed a judgment against the defendant, Alina Feas, to include an assessment in the amount of $200.00, and restitution in the amount of $24,104,431.24, plus statutory interest pursuant to 18 U.S.C. § 3612 (DE 535). To date, the judgment has not been satisfied.

3.  If you have in your custody, control or possession any property or assets of the defendant, Alina Feas, or if you obtain custody, control or possession of such property while this Writ is in effect, you must immediately withhold the property from the defendant and retain it in your possession until you receive instructions from the Court which will tell you what to do with the property and which will notify you when this Writ is no longer in effect.

4.  You are required to answer this Writ within 10 days after the service of the Writ upon you. YOU MUST ANSWER THE WRIT EVEN IF YOU DO NOT HAVE IN YOUR CUSTODY, CONTROL OR POSSESSION ANY PROPERTY OR ASSETS OF THE DEFENDANT. Your Answer must state, under oath, the following information:

    a.  whether you have custody, control or possession of property or assets of the defendant, Alina Feas;

    b.  a description of the property or assets and the value of the defendant's interest therein;

   c. a description of any other garnishments, suggestions or levies to which the property or assets are subject and the extent to which any remaining property or assets are exempt from garnishment, suggestion or levy; and

   d. the amount of any property or assets, including but not limited to earnings and interest, you anticipate will accrue to the defendant in the future and the date on which payment will be made.

 5. After you complete the answer under oath, you must mail or deliver an answer bearing the original signature of the person preparing the answer to:

>Clerk, United States District Court
>400 N. Miami Ave., Room 8N09
>Miami, FL 33128

At the same time you mail the answer to the Clerk, you must also mail or deliver copies of the answer to:
>Carlos Raurell
>Assistant U.S. Attorney
>99 N. E. 4th Street, #300
>Miami, FL 33132-211

Additionally, you must serve a copy of this writ and your answer upon Defendant's Attorney:
>Scott D. Egleston, Esq.
>12000 Biscayne Blvd.
>Suite 220
>North Miami, FL 33181

 6. If you have any questions, you should contact your attorney. You may also contact the following representative of the United States:

>Carlos Raurell
>Assistant U.S. Attorney
>99 N. E. 4th Street, #300
>Miami, FL 33132-211
>Tel: 305-961-9243
>Fax: 305-530-7195

7. IF YOU FAIL TO ANSWER THIS WRIT OR WITHHOLD PROPERTY OR ASSETS SUBJECT TO THIS WRIT, THE UNITED STATES OF AMERICA MAY REQUEST THE COURT TO ORDER YOU TO APPEAR BEFORE THE COURT AND SHOW GOOD CAUSE FOR YOUR FAILURE TO COMPLY, THE COURT MAY ENTER A JUDGMENT AGAINST YOU FOR THE VALUE OF THE DEFENDANT'S NON-EXEMPT ASSETS WHICH WAS IN, OR CAME INTO YOUR POSSESSION, CUSTODY OR CONTROL.

**8. NOTICE TO DEBTOR PURSUANT TO 28 U.S.C. § 3202 (b)**

You are hereby notified that the property subject to the Writ of Garnishment or Execution is being taken by the United States Government, which has a court judgment in the above captioned case, as more fully described in the Writ.

In addition, you are hereby notified that there are exemptions under the law which may protect some of this property from being taken by the United States Government if the judgment debtor can show that the exemptions apply. Below is a summary of the exemptions and/or limitations which may apply:

Exemptions available under the laws of the State of Florida are generally not available to a federal criminal judgment debtor in proceedings commenced under the Federal Debt Collection Procedures Act. The following property is, however, exempt from levy under federal law: (1) wearing apparel and school books; (2) fuel, provisions, furniture and personal effects; (3) books and tools of a trade, business, or profession; (4) unemployment benefits; (5) undelivered mail; (6) certain annuity and pension payments; (7) workmen's compensation; (8) judgments for support of minor children; (10) certain service-connected disability payments; and (12) assistance under Job Training Partnership Act. See 18 U.S.C. § 3613 and 26 U.S.C. § 6334. There is also a limitation regarding certain disposable earnings pursuant to the provisions of Section 303 of the Consumer Credit Protection Act, 15 U.S.C. § 1673.

If you are the judgment debtor, you have a right to ask the court to return your property to you if you think the property the Government is taking qualifies under one of the above

exemptions and/or limitations or if you think you do not owe the money to the United States Government that it says you do.

If you want a hearing, you must notify the court within 20 days after you receive this notice. You must make your request in writing, and either mail it or deliver it in person to the Clerk of the Court at United States District Court, 400 N. Miami Ave., Room 8N09, Miami, FL 33128. You must send a copy of your request to the United States Attorney's Office at 99 N.E. 4th Street, Miami, Florida 33132, so the Government will know you want a hearing. The hearing will take place within 5 days after the clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible.

At the hearing you may explain to the judge why you believe the property the Government has taken is exempt or why you think you do not owe the money to the Government. If you do not request a hearing within 20 days of receiving this notice, your property may be sold and the payment used toward the money you owe the Government.

If you think you live outside the Federal judicial district in which the court is located, you may request, not later than 20 days after you receive this notice, that this proceeding to take your property be transferred by the court to the Federal judicial district in which you reside. You must make your request in writing, and either mail it or deliver it in person to the Clerk of the Court at United States District Court, 400 N. Miami Ave., Room 8N09, Miami, Florida 33128. You must also send a copy of your request to the United States Attorney's Office at 99 N.E. 4th Street, Miami, Florida 33132, so the Government will know you want the proceeding to be transferred.

Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the Clerk of the Court. The Clerk is not permitted to give legal advice, but can refer you to other sources of information.

Date: ~~August 20, 2013~~ 8/21/2013

STEVEN M. LARIMORE
CLERK OF COURT

_____
DEPUTY CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA