UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 12-20291-CR-ALTONAGA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ALINA FEAS,

    Defendant,
_____/



FILED by ____ D.C.
AUG 21 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

## APPLICATION FOR WRIT OF EXECUTION

Pursuant to the Federal Debt Collection Procedures Act, 28 U.S.C. § 3203, the Plaintiff, the United States of America, by the undersigned Assistant United States Attorney for the Southern District of Florida, hereby applies for the issuance of a Writ of Execution. In support of this Application, the United States asserts the following:

1. On July 25, 2013, the court entered a Judgment against the defendant, ALINA FEAS, including an order of restitution in the amount of $24,104,431.24, and an assessment of $200.00, plus statutory interest pursuant to 18 U.S.C. § 3612 (DE 535).

2. To date, the defendant has not made any payments towards the forgoing criminal debt.

3. There is property in which the debtor has possession, custody, or control, and in which the debtor has a substantial nonexempt interest which may be levied upon for payment of the above judgment. The property is described as follows:

**184 LINK CIRCLE**
**Maggie Valley, NC  28751**

The defendant's Social Security Number is XXX-XX-6826 and her last known address is:

FDC - MIAMI
Federal Detention Center
33 NE 4th ST
Miami, FL 33132

WHEREFORE, the United States respectfully requests that the Court issue a Writ of Execution in accordance with the Federal Debt Collection Procedures Act of 1990. A proposed Writ of Execution is attached.

Dated: August 20, 2013          Respectfully submitted,
       Miami, FL

                                WIFREDO A. FERRER
                                UNITED STATES ATTORNEY

                                By: /s/ Carlos Raurell
                                Carlos Raurell
                                Assistant U.S. Attorney
                                99 N. E. 4th Street, #300
                                Miami, FL 33132-211
                                Tel No. (305) 961-9243
                                Fax No. (305) 530-7193
                                Florida Bar No. 529893
                                E-mail: carlos.raurell@usdoj.gov