# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE No. 12-20291-CR-ALTONAGA

UNITED STATES OF AMERICA,

        Plaintiff,

        vs.

ALINA FEAS,

        Defendant,

_____/

```
FILED by ____ D.C.

AUG 2 1 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. -- MIAMI
```

## WRIT OF EXECUTION

**TO:   THE UNITED STATES MARSHAL**

On July 25, 2013, a Judgment was entered in the United States District Court for the Southern District of Florida, in favor of the United States of America, plaintiff, and against the defendant Alina Feas, last known address is FDC – Miami, Federal Detention Center, 33 NE 4TH Street, Miami, FL 33132., including an order of restitution in the amount of $24,104,431.24, and an assessment of $200.00, plus statutory interest pursuant to 18 U.S.C. § 3612 (DE 535).

**NOW, THEREFORE, YOU ARE HEREBY COMMANDED** to satisfy the judgment by levying on and selling the property in which the defendant has a substantial nonexempt interest which may be levied upon for payment of the above judgment, described as follows:

**184 Link Circle**
**Maggie Valley, NC  28751**

**YOU ARE ALSO COMMANDED** to collect from the date hereof with your costs and expenses and make return of this writ within ninety days after the date of issuance if levy is not made, or, within ten days after the date of sale of property on which levy is made.

1

**YOU ARE FURTHER COMMANDED** that the levy and sale shall not exceed property reasonably equivalent in value to the aggregate amount of the judgment and cost.

**NOTICE TO DEBTOR PURSUANT TO 28 U.S.C. § 3202 (b)**

You are hereby notified that the property subject to the Writ of Garnishment or Execution is being taken by the United States Government, which has a court judgment in the above captioned case, as more fully described in the Writ.

In addition, you are hereby notified that there are exemptions under the law which may protect some of this property from being taken by the United States Government if the judgment debtor can show that the exemptions apply.  Below is a summary of the exemptions which may apply:

Exemptions available under the laws of the State of Florida are generally not available to a federal criminal judgment debtor in proceedings commenced under the Federal Debt Collection Procedures Act.  The following property is, however, exempt from levy under federal law: (1) wearing apparel and school books; (2) fuel, provisions, furniture and personal effects; (3) books and tools of a trade, business, or profession; (4) unemployment benefits; (5) undelivered mail; (6) certain annuity and pension payments[1]; (7) workmen's compensation; (8) judgments for support of minor children; (9) a minimum exemption for wages, salary and other income; (10) certain service-connected disability payments; and (11) assistance under the Job Training Partnership Act.

If you are the judgment debtor, you have a right to ask the court to return your property to you if you think the property the Government is taking qualifies under one of the above

---

[1] These are annuity or pension payments under the Railroad Retirement Act, benefits under the Railroad Unemployment Insurance Act, special pension payments received by a person whose name has been entered on the Army, Navy, Air Force, and Coast Guard Medal of Honor roll, and annuities based on retired or retainer pay under chapter 73 of title 10 of the United States Code.

exemptions or if you think you do not owe the money to the United States Government that it says you do.

If you want a hearing, you must notify the court within 20 days after you receive this notice. You must make your request in writing, and either mail it or deliver it in person to the clerk of the court at United States District Court, 400 N. Miami Ave., 8th Floor, Miami, FL 33128. You may send a copy of your request to the United States Attorney's Office at 99 N.E. 4th Street, Miami, Florida 33132, so the Government will know you want a hearing.  The hearing will take place within 5 days after the clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible.

At the hearing you may explain to the judge why you believe the property the Government has taken is exempt or why you think you do not owe the money to the Government.  If you do not request a hearing within 20 days of receiving this notice, your property may be sold and the payment used toward the money you owe the Government.

If you think you live outside the Federal judicial district in which the court is located, you may request, not later than 20 days after you receive this notice, that this proceeding to take your property be transferred by the court to the Federal judicial district in which you reside. You must make your request in writing, and either mail it or deliver it in person to the clerk of the court at United States District Court, 400 N. Miami Ave., 8th Floor, Miami, Florida 33128.  You must also send a copy of your request to the United States Attorney's Office at 99 N.E. 4th Street, Miami, Florida 33132, so the Government will know you want the proceeding to be transferred.

Be sure to keep a copy of this notice for your own records.  If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal

assistance, or the clerk of the court.  The clerk is not permitted to give legal advice, but can refer

you to other sources of information.

DONE AND ORDERED in Chambers at Miami, Florida, this 21ˢᵗ day of August,

2013.


STEVEN M. LARIMORE
CLERK OF COURT
UNITED STATES DISTRICT COURT

By:  _____
Deputy Clerk