UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO.: 12-20291-CR-ALTONAGA

      Plaintiff,

vs.

ALINA FEAS,

      Defendant,                         **ANSWER TO WRIT OF
GARNISHMENT SERVED
AUGUST 22, 2013**

and

BANK OF AMERICA, N.A.,

      Garnishee.

_____/

Garnishee, BANK OF AMERICA, N.A.,   answers in Garnishment and says:

Garnishee was not indebted and has not had any goods, monies, chattels or effects of
Defendant, ALINA FEAS, at the time of service of the Writ of Garnishment served upon the
Garnishee (plus sufficient time not to exceed one business day for Garnishee to act expeditiously on
the Writ) and at the time of its answer and at all times between service and its answer, except for:

| ACCOUNT NUMBER | NAME AND ADDRESS | AMT. HELD |
|---|---|---|
| xxxxxxx9911 | Alina Feas or Orestes Feas<br><br>Miami, FL | $123,335.66 |
| xxxxxxx3085 | Alina S. Feas, Orestes Feas ITF Jerry Feas<br><br>Miami, FL | $167,716.02 |
| xxxxxxx1740 | Alina S. Feas, Lourdes Pola | $1,384.09 |

|                 |                |              |
|-----------------|----------------|--------------|
|                 | Hialeah, FL    |              |
| xxxxxxx5696     | Alina S. Feas  | $21,114.74   |
|                 | Miami, FL      |              |
| xxxxxxx4152     | Alina S. Feas  | Box Held*    |
|                 | Miami, FL      |              |

Safe Deposit Box*

*In the event Plaintiff cannot obtain a key from the Defendant, there is a drilling fee of $150.00 to open the safe deposit box.


CERTIFICATE OF SERVICE OF DESIGNATION OF PRIMARY E-MAIL ADDRESSES

     Pursuant to Rule 2.516(b)(1)(B), Florida Rules of Judicial Procedure, the following primary and secondary e-mail addresses are designed for service of pleadings and documents in the above styled matter.

     PRIMARY:      ajhones@hsaalegal.com
     SECONDARY:    jthaley@hsaalegal.com


     I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via US MAIL on the 25th day of August, 2013 to: Carlos Raurell, Assistant U.S. Attorney, 99 N.E. 4th Street, #300, Miami, FL 33132-211, and Scott D. Egleston, Esq., Counsel to Defendant Alina Feas, 12000 Biscayne Boulevard, Suite 220, North Miami, FL 33181


     HALEY & JHONES, P.A.
     Attorneys for Garnishee
     1500 San Remo Avenue, Suite 222
     Coral Gables, FL   33146
     Phone:   (305) 661-4637
     Fax:      (305) 661-4640

By:    _/s/ ANA M. JHONES_____
ANA M. JHONES, ESQUIRE
FBN: 771170
J. T. HALEY, ESQUIRE
FBN: 131633

P:\Garnishments-70.342\Answers-2013\13-640\13-640 ANS-EC-CMFversion.wpd

3