UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20291-CR-ALTONAGA/SIMONTON

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ARMANDO GONZALEZ, a/k/a Manny Gonalez
JOHN THOEN,
WONDERA EASON,
PAUL THOMAS LAYMAN,
ALEXANDRA HAYNES, SERENA JOSLIN,
DANIEL MARTINEZ, RAYMOND RIVERO, and
IVON PEREZ

        Defendants.
_____/

## RELEASE OF LIS PENDENS

GRANTEE: Armando Gonzalez, Leyda Torres Gonzalez

TO:    ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER EITHER THE DEFENDANT AND/OR GRANTEE any interest in the real property described herein.

    NOTICE IS HEREBY GIVEN that a certain *Lis Pendens* recorded in Henderson County Recorder's Office public records on May 04, 2012, Book # 1495, Page 44-45, giving notice of the pendency of forfeiture proceedings in the United States District Court for the Southern District of Florida in the above-referenced case is hereby **released and discharged**.

The property is located at 640 Grand Oaks Drive, Hendersonville, North Carolina 28792, including all improvements, fixtures and equipment found therein or thereon, and more particularly described as:

> BEING all of Lot (24) of Phase One Grand Oaks Subdivision as shown on that plat recorded at Plat Slide 3588B, Henderson County Registry, reference to which is hereby made and incorporated herein made and incorporated, for a greater certainty of description by metes and bounds.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

*/s/ Eloisa D. Fernandez*
Eloisa Delgado Fernandez
Assistant United States Attorney
Florida Bar No. 0999768
eloisa.d.fernandez@usdoj.gov
U. S. Attorney's Office
99 N.E. 4th Street, 7th Floor
Miami, Florida 33132
Telephone: (305) 961-9025
Facsimile: (305) 536-4089

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 30, 2013, I electronically filed the foregoing Release of Lis Pendens Re: Forfeiture with the Clerk of the Court using CM/ECF.

*/s/ Eloisa D. Fernandez*
Eloisa D. Fernandez
Assistant United States Attorney