## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    *Plaintiff,*

CASE NO.: 12-20291-CR-ALTONAGA

-VS-

ALINA FEAS,
    *Defendant.*

And

BANK OF AMERICA
    *Garnishee*

_____/

### NOTICE OF FILING AFFIDAVIT OF ORESTES FEAS AS IT RELATES TO THE WRIT OF GARNISHMENT AND WRIT OF EXECUTIONS FILED UNDER THE ABOVE REFERENCED CASE NUMBER

COMES NOW ORESTES FEAS, by and through undersigned counsel and hereby gives notice of filing the affidavit of Orestes Feas as it relates to the Writ of Garnishment and Writ of Executions.

    Respectfully submitted,

    s/ScottEgleston
    Scott Egleston
    *Attorney for Orestes Feas*
    Brickell Bay Office Tower
    1001 Brickell Bay Drive, Suite 1200
    Miami, Florida 33131
    E-mail:scott@eglestonlegal.com
    Phone (305) 892-8088
    Facsimile: (305) 892-9562
    Fla. Bar No. 883425

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed via CM/ECF on this 9th day of September 2013 and sent by electronic mail to Assistant United States Attorney Carlos Raurell at carlos.raurell@usdoj.gov and sent to the Attorneys for Garnishee, Haley & Jhones at ajhones@hsaalegal.com and jthaley@hsaalegal.com.

By: /s/ScottEgleston
Scott Egleston, Esquire

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA         CASE NO.: 12-20291-CR-ALTONAGA

    Plaintiff

Vs.                              **AFFIDAVIT OF ORESTES FEAS**

ALINA FEAS,

    Defendant

And

BANK OF AMERICA, N.A.

    Garnishee.
_____/

STATE OF FLORIDA            )
                              )
COUNTY OF MIAMI DADE        )

    Before me the undersigned authority personally appeared Orestes Feas who after being duly sworn deposes and says:

1.    I am over the age of eighteen (18) years and I am a permanent resident of the County of Miami Dade and the State of Florida and have been for a period of more than five (5) years.

2.    The allegations as set forth in this affidavit are true and correct and based upon personal Knowledge.

3.    That I am an account holder on two of the accounts with my wife Alina Feas. That the judgments which are the subject of this proceeding are not against me but against my wife Alina Feas. That I am a signator on the two accounts with my wife/Alina Feas. That due to the marriage and the fact that we are both signators on the account, these jointly titled accounts are not subject to garnishment.

4. I am presently employed at Orje Corp. The address of the company is 3710 SW 104th Court Miami, Florida 33165.

5. That I am legally entitled and exempt from the writ of garnishment as it relates to the accounts that I hold jointly with my wife Alina Feas.

6. That I am legally entitled and exempt from the Writ of Execution as it relates to 4001 S. Ocean Drive Hollywood Florida 33019. That said property is titled in both my name and my wife Alina Feas's name and by virtue of the marriage is titled joint tenants by the entirities. That said judgment is against my wife and has no bearing or relation to me and I am therefore exempt from the writ of execution as it relates to the above referenced property.

7. That I am legally entitled and exempt from the Writ of execution as it relates 184 Link Circle, North Carolina 28751. That said property is titled in both my name and my wife Alina Feas's name and by virtue of the marriage is titled joint tenants by the entirities. That said judgment is against my wife and has no bearing or relation to me and I am therefore exempt from the writ of execution as it relates to the above referenced property.

8. I respectfully request a hearing to decide the validity of my claims as it relates to the above.

FURTHER AFFIANT SAYATH NAUGHT

_____
ORESTES FEAS

Sworn to and subscribed before me this __9th__ day of September 2013 by ORESTES FEAS who is personally known to me or has produced *Florida Driver Lic* as identification.

My commission expires: oct. 24, 2015   _____
NOTARY PUBLIC State of Florida

YOLANDA ROBAINA
Notary Public - State of Florida
My Comm. Expires Oct 24, 2015
Commission # EE 140859

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent by electronic Mail, US Mail and Facsimile this 9th day of September 2013 to: Haley and Jhones at ajhones@hsaalegal.com and jthaley@hsaalegal.com Haley & Jhones, P.A. Attorney's for Garnishee1500 San Remo Avenue, Suite 222 Coral Gables, Florida 33146. The above was also sent to Carlos Raurell, Assistant United States Attorney, 99 N.E. 4th Street, #300 Miami Florida 33132.

> Scott Egleston Esquire
> *Attorney for Orestes Feas*
> Brickell Bay Office Tower
> 1001 Brickell Bay Drive, St., 1200
> Miami, Florida 33181
> Telephone: (305) 892-8088
> Facsimile: (305) 892-9562
> Email: scott@eglestonlegal.com
>
> By/s/Scott Egleston
>   Scott Egleston, Esq.
>   Fla. Bar No.: 883425