USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>12-20291-CR-ALTONAGA |
| DEFENDANT<br>ALINA FEAS | TYPE OF PROCESS<br>WRIT OF EXECUTION |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
184 LINK CIRCLE, MAGGIE VALLEY, NORTH CAROLINA 28751

FILED by _____ D.C.
SEP 09 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA – MIAMI

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

CARLOS J. RAURELL
99 NE 4 ST
SUITE 300
MIAMI, FL 33132

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

RECEIVED
AUG 26 2013
United States Marshals Service
Western North Carolina

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Please post the property in an open and conspicuous manner.
Return executed USM-285 to U.S. Marshals Service, SD/FL-Miami.

Signature of Attorney other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER (305) 961-9243
DATE 8/20/13

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*

| Total Process | District of Origin No. 04 | District to Serve No. 04 | Signature of Authorized USMS Deputy or Clerk<br>Linda M. Welsch 786.433.6513 | Date 8-21-2013 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date 8/27/13  Time 10:32  ☒ am  ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee<br>2-DUSMS<br>2-HRS @<br>$220. | Total Mileage Charges including *endeavors*<br>68AT / $19.38 | Forwarding Fee<br>$8— | Total Charges<br>$247.38 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |

REMARKS: 8/26/13: received by USMS Asheville; verified entry in JDIS; to SDUSM Lee Banks for assignment of service
8/27/13: served by DUSM Forrest Howard; 8/29/13: closed out of JDIS;
285 returned to USMS, S/FL, Miami Office

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80