UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Criminal Case No.: 12-20291-ALTONAGA

UNITED STATES OF AMERICA

vs.

GEMA PAMPIN,

        Defendant.

GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE
PURSUANT TO FED. R. CRIM. P. 35

      Pursuant to Federal Rule of Criminal Procedure 35, the United States of America, by and through the undersigned Trial Attorney, hereby moves for a sentence reduction for the Defendant, Gema Pampin ("Pampin"), in order to reflect her substantial assistance in the criminal investigation and prosecution of others. In support of this motion, the government states the following:

      1.      On February 14, 2013, Pampin pleaded guilty to a superseding indictment, charging her with one count of conspiracy to commit health care fraud, in violation of Title 18, United States Code, Section 1349, for her role in a health care fraud scheme involving Health Care Solutions Network ("HCSN").

      2.      On April 18, 2013, the Court sentenced Pampin to 70 months imprisonment.

      3.      Based on the facts of this case, as will be detailed at Pampin's Rule 35 hearing, Pampin's assistance warrants a reduction in her sentence under Fed. R. Crim. P. 35.

4. Pampin has provided the Government with substantial assistance and as a result of this assistance the Government recommends a forty-five percent (45%) reduction in her sentence.

          Respectfully submitted,

          WILFREDO FERRER

By:   */s/ Allan J. Medina*
      Court No. A5501748
      Trial Attorney
      Criminal Division, Fraud Section
      Bond Building
      1400 New York Avenue
      8th Floor
      Washington, DC 20005
      (202) 514-4472 (office)
      (202) 257-6537 (cell)

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on March 3, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

Dated: March 3, 2015

                                          /s/ *Allan J. Medina*
                                          Allan J. Medina